IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 11-CR-0003 |
| vs. | ) |
| BIRKER, INC., | ) |
| Defendant. | ) |

**PRELIMINARY AND FINAL ORDER OF FORFEITURE AND JUDGMENT**

WHEREAS, on January 10, 2011, Kenneth Birker entered a guilty plea on behalf of defendant, Birker, Inc., to Count 1 of the Information filed January 3, 2011;

AND WHEREAS, the United States is seeking forfeiture, pursuant to Title 18, United States Code, Section 982(a)(6)(A), in the form of a money judgment against defendant in an amount representing proceeds from the conviction of his criminal offenses, committed in violation of Section 274 of the Immigration and Nationality Act, codified at Title 8, United States Code, Section 1324.

AND WHEREAS, Rule 32.2(b)(1)(A) allows the Court to determine the amount of a money judgment against defendant;

AND WHEREAS, the parties have agreed to a forfeiture judgment in the amount of $ 118,000;

AND WHEREAS, as this forfeiture is a money judgment against defendant Birker, Inc, and pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2, Title 18, United States Code, Section 982(a)(6)(A), judgment is hereby entered against defendant Birker, Inc., in favor of the United States in the amount of $ 118,000;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2, Title 18, United States Code, Section 981(a)(6)(A), the sum of $ 118,000 in United States currency is hereby condemned and forfeited to the United States of America and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Homeland Security Investigations shall dispose of any forfeited monies in accordance with the law, and deposit the funds into the United States Treasury Forfeiture Fund; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is in continuing and full effect until payment of the $ 118,000 is made in full.

DATED this 21 day of April, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA